Courtesy Copy, Original Filed by ECF.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | ORDER FOR REMISSION OF FINE |
| -against- | Criminal Docket No. CR-99-0518 |
| ABDUR RAB MAJUMDER, | (Platt, J.) |
| Defendant. | |

------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUN 21 2016 ★
LONG ISLAND OFFICE

The court having considered the Petition for Remission of Fine filed by the United States of America, under the provisions of 18 U.S.C. Section 3573, in which the United States requests remission of the fine of $5,000.00, plus interest, imposed against the defendant Abdur Rab Majumder on January 28, 2000, and the court having determined that the Petition should be granted, it is therefore

ORDERED that the unpaid fine, plus interest, imposed upon the defendant Abdur Rab Majumder, shall be, and hereby is, remitted.

Dated:

s/ Sandra J. Feuerstein

_____
HONORABLE THOMAS C. PLATT
United States District Judge
USDJ